IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL TAYLOR**                                                                    **PLAINTIFF**

v.                              **CASE NO. 4:23-CV-00952-BSM**

**SHERIFF BRANDON LONG,** *et al.*                                       **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 33] is adopted and Michael Taylor's complaint is dismissed without prejudice.

IT IS SO ORDERED this 8th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE