IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL TAYLOR**                                                                                **PLAINTIFF**

**v.**                          **CASE NO. 4:23-CV-00952-BSM**

**SHERIFF BRANDON LONG,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE